# Third District Court of Appeal

## State of Florida

Opinion filed February 13, 2019.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D18-612
Lower Tribunal No. 14-1792
_____

**Gisselle Manzzo,**
Appellant,

vs.

**Deutsche Bank National Trust Company, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Reemberto Diaz, Judge.

Arthur J. Morburger, for appellant.

Holland & Knight LLP, and Brian K. Hole and Katherine M. Joffe (Fort Lauderdale), for appellee.

Before EMAS, C.J., and FERNANDEZ and LOGUE, JJ.

PER CURIAM.

Gisselle Manzzo appeals the trial court's entry of Final Judgment, granting Deutsche Bank National Trust Company's motion for a directed verdict and dismissing her action for declaratory relief and to quiet title with prejudice. Based on the record before us, we find no reversible error in the trial court's rulings below. See, e.g., Barclay v. Rivero, 388 So. 2d 321, 321-22 (Fla. 3d DCA 1980); Fuller v. Palm Auto Plaza, Inc., 683 So. 2d 654, 655 (Fla. 4th DCA 1996); Horacio O. Ferrea N. Am. Div., Inc. v. Moroso Performance Prods., Inc., 553 So. 2d 336, 337 (Fla. 4th DCA 1989).

Affirmed.